# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Karen Marron,<br><br>               Plaintiff,<br><br>– against –<br><br>Capital One Bank (USA), National Association and Experian Information Solutions, Inc.,<br><br>               Defendant(s). | Case No. 7:20-cv-2028<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff Karen Marron, by counsel, and Defendant Experian Information Solutions, Inc., by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Experian Information Solutions, Inc., AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Karen Marron against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff Karen Marron and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Dated: October 26, 2020
White Plains, NY

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2020